NUMBER 13-00-086-CV 



COURT OF APPEALS 

THIRTEENTH DISTRICT OF TEXAS 

CORPUS CHRISTI 

____________________________________________________________________ 



ELMA GUZMAN, AS NEXT FRIEND TO ILIANA GUZMAN, Appellant, 



v. 



BEATRICE A. CAVAZOS, Appellee. 

____________________________________________________________________ 



On appeal from the County Court at Law No. 2 

of Cameron County, Texas. 

____________________________________________________________________ 



O P I N I O N 

Before Justices Hinojosa, Yañez, and Chavez 

Opinion Per Curiam 



Appellant, ELMA GUZMAN, AS NEXT FRIEND TO ILIANA GUZMAN, perfected an
appeal from a judgment entered by the County Court at Law No. 2 of Cameron County, Texas, in cause number 1998-CCL-702-B. After
the clerk's record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states she no longer wishes to prosecute this appeal. Appellant requests
that this Court dismiss the appeal. 

The Court, having considered the documents on file and appellant's motion to dismiss
the appeal, is of the opinion that the motion should be granted. Appellant's motion to
dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 6th day of April, 2000.